STATE OF NEW JERSEY v. LEROY BAKER.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY FARMS.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE MANNS.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE KENNY.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BELL.

January 28, 1987.

Petition for certification denied.